IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
FEB 2 2 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–09–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WESLEY JAMES RHODES, | |
| Defendant. | |

The United States having filed an Unopposed Motion for Dismissal of the

Forfeiture Proceedings (Doc. 29),

IT IS ORDERED that the Motion (Doc. 29) is GRANTED and the forfeiture

allegation in this case is DISMISSED WITH PREJUDICE.

DATED this 22nd day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-